An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

T&P PROPERTIES, INC., D/B/A
BROADWAY COLT INN,
Petitioner,
vs.
THE SIXTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
LANDER; AND THE HONORABLE
MICHAEL MONTERO, DISTRICT
JUDGE,
Respondents,
and
UNIGARD INSURANCE COMPANY,
Real Party in Interest.

No. 67820

FILED

MAY 19 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion for summary judgment in an insurance subrogation action. Having reviewed the petition and appendix, we conclude that petitioner has not met its burden of demonstrating that our intervention by extraordinary writ relief is warranted, because petitioner has an adequate legal remedy in the form of an appeal from any adverse final judgment. NRS 34.160; *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (holding that an appeal is

15-15369

generally an adequate legal remedy precluding writ relief); *see also* NRAP 21(b)(1). Accordingly we,

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Michael Montero, District Judge
       Georgeson Angaran, Chtd.
       Cozen O'Connor
       Lander County Clerk